IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA

v.                                    Criminal No. 5:17CR50044

GABRIEL TRUBOV

## FINAL ORDER OF FORFEITURE

On December 1, 2017, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed. R. Crim. P. 32.2(b) (Doc. 20). In the Preliminary Order of Forfeiture, an Apple Mac Book and a Sandisk USB were forfeited to the United States pursuant to Title 18 U.S.C. § 2253.

The United States was required to publish notice of this order pursuant to Fed. R. Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On January 24, 2018, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on December 1, 2017, shall become final at this time.

1

IT IS SO ORDERED this 29th day of March, 2018.

_____
HONORABLE TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE